IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS CROCKETT,                                                                       PLAINTIFF
ADC #080478

v.                                            4:22CV00126-BRW-JTK

DEXTER PAYNE, et al.                                                                  DEFENDANTS

## ORDER

On October 4, 2022, Defendants Dexter Payne and Tabitha Carter (collectively, "Defendants") filed a Motion for Judgment on the Pleadings and brief in support. (Doc. Nos. 16, 17). If Plaintiff wishes to file a response to Defendants' Motion, he must do so within thirty (30) days of the date of this Order.[1] If Plaintiff does not do so, the Court will consider Defendants' Motion without the benefit of Plaintiff's response, and Plaintiff's claims may be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 12(c).

IT IS SO ORDERED this 6th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se Plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."