IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CROCKETT,**  PLAINTIFF
**ADC #080478**

VS.  4:22-CV-00126-BRW-JTK

**DEXTER PAYNE, et al.**  DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 49) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 43) is GRANTED. Plaintiff's Complaint (Doc. No. 1) is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of December, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE